RECEIVED

NOV 3 0 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARY F. EDMISTON,<br>Plaintiff | CIVIL ACTION NO. 1:18-CV-00128 |
| VERSUS | JUDGE DRELL |
| LOUISIANA SMALL BUSINESS<br>DEVELOPMENT CENTER, *ET<br>AL.*<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Edmiston's Motion for Leave to File Second Amended Complaint (Doc. 33) is DENIED as futile.

IT IS FURTHER ORDERED that LSBDC's Rule 12(b)(5) Motion to Dismiss (Doc. 31) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Edmiston's Motion for Service (Doc. 34) is DENIED AS MOOT.

IT IS FURTHER ORDERED that LSBDC's Rule 12(b)(6) Motion to Dismiss (Doc. 31) is GRANTED not only for the reasons set forth in the Report and Recommendation but also because LSBDC does not meet the definition of an "employer" under 29 U.S.C. §630. LSBDC's status as described in the record brings it into the applicable realm of Kimel v. Florida Board of Regents, 528 U.S. 62 (2000),

(mentioned in the report and recommendation text), where it was determined that the Age Discrimination in Employment Act (ADEA) did not validly abrogate the state's Eleventh Amendment Immunity from suit by private individuals. Thus, even if the LSBDC could arguably fit the definition of an employer under the language of the ADEA (29 U.S.C. §630(b)), suit still could not lie in Edmiston's favor. In <u>Kimel,</u> the legal point made was that although the ADEA purported to express Congress' intent to abrogate Eleventh Amendment Immunity, Congress had not validly done so. Accordingly, Edmiston's claims against LSBDC are **DISMISSED WITH PREJUDICE**.

**SIGNED** this 30ᵀᴴ day of November 2018, at Alexandria, Louisiana.

**DEE D. DRELL, JUDGE**
**UNITED STATES DISTRICT COURT**